UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LIBERATOR TECHNOLOGIES, LLC,

   Plaintiff,

v.

COLUMBIA METAL SPINNING CO., et al.,

   Defendants.

CIVIL ACTION NO. 07-14859

HON. PAUL D. BORMAN

_____

COLUMBIA METAL SPINNING CO.,

   Counter-Claimant,

v.

LIBERATOR TECHNOLOGIES, LLC.,

   Counter-Defendant.
_____/

## ORDER OF REMOVAL OF ACTION AS A PENDING MATTER

The court, having been informed that the plaintiff, Liberator Technologies LLC, has been placed in Bankruptcy, thereby commencing a stay of proceedings in this civil action pursuant to 11 U.S.C.§ 362(a)(1); and it further appearing to the Court that such a stay will remain in effect for a substantial period of time; and there existing a possibility that at the close of such stay this matter will be either voluntarily dismissed by the parties or abandoned by the parties without notice to this court; and there appearing to be no further reason at this time to maintain the file as an open one for statistical purposes;

**IT IS ORDERED** that the Clerk close this matter for statistical purposes. Nothing contained in this order or the related docket entry shall be considered a dismissal or disposition of this matter, and, should further proceedings become necessary or desirable, any party may

initiate them upon termination of the stay of proceedings in the same manner as if this order had not been entered and the court will order that the matter be reopened for statistical purposes.

                    s/Paul D. Borman  
                    PAUL D. BORMAN  
                    UNITED STATES DISTRICT JUDGE

Dated: February 7, 2008

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 7, 2008.

                    s/Denise Goodine  
                    Case Manager